**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6857

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

ALEJANDRO SALINAS GARCIA, a/k/a Alex,

Defendant-Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville, Kenneth D. Bell, District Judge. (5:09−cr−00025−KDB−DCK−1)

Submitted: April 27, 2026                          Decided: June 15, 2026

Before WYNN, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Christopher M. Young, YOUNG LAW FIRM, PLLC, Washington, D.C., for Appellant. Russ Ferguson, United States Attorney, Amy E. Ray, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alejandro Salinas Garcia appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Garcia*, No. 5:09-cr-00025, 2024 WL 3837898 (W.D.N.C. Aug. 15, 2024).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*